**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LONNELL I. FORT**                                              **PLAINTIFF**
**#256214**

**v.**                        **Case No. 4:25-cv-01301-LPR-JJV**

**RONALD WHITE,** *et al.*                                        **DEFENDANTS**

**ORDER**

On December 17, 2025, the United States District Court for the Northern District of Illinois transferred Plaintiff's *pro se* Complaint seeking relief under 42 U.S.C. § 1983 to this District where venue is proper.[1]  On February 2, 2026, the Court denied Plaintiff's motion to proceed in *forma pauperis* and directed him to, within thirty (30) days, pay the $405.00 filing fee in full.[2]  The Court warned Plaintiff that his failure to timely comply with the Order would cause his Complaint to be dismissed.[3]  Plaintiff has not paid the filing fee, and the time for doing so has expired.

Accordingly, Plaintiff's Complaint is hereby DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 1st day of April 2026.

 

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Order (Doc. 5).

[2] Order (Doc. 14).  The Order was entered by United States Magistrate Judge Joe J. Volpe.

[3] *Id.*